|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 12-4567-JFW (FMOx)**                                         Date:  September 12, 2012

Title:        Rodrigo Laverde, et al. -v- Bank of New York Mellon, et al.

---

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                    **None Present**
    **Courtroom Deputy**                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                      None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

      As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of June 27, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for September 17, 2012, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

      IT IS SO ORDERED.