UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-4567-JFW (FMOx)**                              Date:  September 12, 2012

Title:      Rodrigo Laverde, et al. -v- Bank of New York Mellon, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                         **None Present**
   **Courtroom Deputy**                       **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                              None

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE


   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of June 27, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for September 17, 2012, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.


(Rev. 1/24/12)                                                    Initials of Deputy Clerk   sr